# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL D. NELSON

NO. 2022 KW 0546

**AUGUST 2, 2022**

---

In Re:  Michael D. Nelson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1602884.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT